# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation of Supervised Release**) |
| v. | Case Number: 15-cr-00208-RBJ-01 |
| | USM Number: 31705-007 |
| William Hernan Benitez-Rios a/k/a Santana Cruz William Herman Benitez Rios Wilian Benitez, William Benitez Carlos Benites William A. Benties Carlos Benites Rios Carlos Benites Santana-Cruz | Brian Rowland Leedy, AFPD (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Remain Outside of the United States | 01/05/15 |
| 2 | Violation of the Law | 01/06/15 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 19, 2015
Date of Imposition of Judgment

*/s/ Brooke Jackson*
Signature of Judge

R. Brooke Jackson, U.S. District Court Judge
Name & Title of Judge

8/22/15
Date

DEFENDANT:  William Hernan Benitez-Rios
CASE NUMBER:  15-cr-00208-RBJ-01                                              Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eight (8) months, concurrent with Case No. 15-cr-00021-RBJ-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal